# UNITED STATES DISTRICT COURT
for the
District of Maryland

FILED
ENTERED

MAY 02 2013

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

In the Matter of the Search of

Express Mail EI725596044US
Addressed as follows: Dennis Parker
10060 Mission Mill Rd Whittier, CA 90601
Bearing a return address of Mark Miller
6150 Forest LN Eldersburg, MD 21784.

Case No.

13-0756SAG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury, that I have reason to believe that on the following person or property: Express Mail EI725596044US Addressed as follows Dennis Parker 10060 Mission Mill Rd Whittier, CA 90601 bearing a return address of Mark Miller 6150 Forest LN Eldersburg, MD 21784.

Located in the District of Maryland, there is now: A quantity of a controlled dangerous substance or the proceeds thereof (i.e. U.S. currency) constituting evidence of the commission of a criminal offense and also relating to the unlawful transportation of a controlled dangerous substance via the U.S. Mail for the purpose of facilitating possession with intent to distribute the controlled dangerous substance.

The basis for the search under Fed. R. Crim. P. 41(c) is (check one or more):

☒ evidence of a crime;
☒ contraband, fruits of crime, or other items illegally possessed;
☒ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 843(b) | Transportation of Controlled Dangerous Substances via the U.S. Mail |
| 21 USC 841(a)(1) | Possession with Intent to Distribute a Controlled Dangerous Substance |
| 18 USC 1952(a)(1) | Use of the Mail with Intent to Distribute the proceeds of any Unlawful Activity |

The application is based on these facts:
☒ Continued on the attached sheet.
☐ Delayed notice of ____ days (give exact ending date if more than 30 days: ____) is requested under
   18 U.S.C. § 3101a, the basis of which is set forth on the attached sheet.

Applicant's signature

Craig Jones   Postal Inspector   (I-5464)
Printed name and title

Sworn to before me and signed in my presence.

Date: April 15, 2013

City and state: Baltimore, Maryland

Judge's signature

Stephanie A. Gallagher
United States Magistrate Judge
Printed name and title